■ THERESA A. CLARK, Appellant-Respondent, v HOWARD JOHNSON'S ONTARIO SERVICE CENTER (MARRIOTT CORPORATION), Respondent-Appellant. (Appeal No. 1.) [614 NYS2d 359] —Appeals unanimously dismissed without costs (see, Smith v Catholic Med. Ctr., 155 AD2d 435; see also, CPLR 5501 [a] [1]). (Appeals from Order of Supreme Court, Cayuga County, Corning, J.— Set Aside Verdict.) Present—Green, J. P., Balio, Lawton, Wesley and Boehm, JJ.